AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **2:18-MJ-1674**
Four digital devices seized, and currently in the custody of )
the Federal Bureau of Investigations in Ventura, California )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __on duty at the time of the return through a filing with the Clerk__'s Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: June 28, 2018 1:15 pm          _____/s/ Louise A. LaMothe_____
                                                                                                                   *Judge's signature*

City and state:   Santa Barbara, California              Hon. Louise A. LaMothe, U.S. Magistrate Judge
                                                                                                                   *Printed name and title*

AUSA: [Scott Lara x0427]

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.: <br> 18-mj-1674 | Date and time warrant executed: <br> 7/11/18  8:00 a.m. | Copy of warrant and inventory left with: <br> N/A |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

SMS messages regarding guns.

SMS messages regarding the use and purchase of illegal drugs.

Photographs of suspected drugs.

SMS messages indicating Angel Esparza was using the phones.

Selfie photographs of Angel Esparza.

Phone contacts.

**Certification** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 7/11/18

Will B Ro
*Executing officer's signature*

William B. Rose / SA FBI
*Printed name and title*

AUSA: [Scott Lara x0427]